IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL JOSEPH ORDONEZ,

                Petitioner,                        ORDER

v.

                                          17-cv-817-wmc

UNITED STATES OF AMERICA,

                Respondent.

---

*Pro se* petitioner Michael Joseph Ordonez applied to this court for a writ of habeas corpus under 28 U.S.C. § 2241. After screening the petition, the court directed Ordonez to show cause why it should not be dismissed as moot. (Dkt. #2.) Ordonez was given until June 15, 2018, to respond to the court's order. Ordonez was further warned that if he failed to respond, then the court would dismiss his petition. (*Id.*) The deadline for a response has now passed and petitioner has not responded to this court's order. Accordingly,

ORDER

IT IS ORDERED that:

1. Petitioner Michael Joseph Ordonez's petition for a writ of habeas corpus is DISMISSED.

2. The clerk of court is directed to close this case.

Entered this 28th day of June, 2018.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge