IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL JOSEPH ORDONEZ,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 17-cv-817-wmc |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Michael Joseph Ordonez's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

| | |
|---|---|
| /s/ | 6/28/2018 |
| Peter Oppeneer, Clerk of Court | Date |